UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALTON MCCAMEY, | Case No.  1:25-cv-01561-JLT-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 5) |
| GOOGLE and ALAMEDA NEWS GROUP, | |
| Defendants. | |

Royalton McCamey is proceeding pro se and *in forma pauperis* in this civil rights action. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2025, the assigned magistrate judge issued a screening order on Plaintiff's Complaint, finding that Plaintiff's Complaint failed to adequately state any federal claim. (*See generally* Doc. 4.) The magistrate judge afforded Plaintiff the option to either (1) file an amended complaint, (2) file a notice to stand on the complaint subject to the magistrate judge recommending the district court dismiss claims for the reasons in the screening order, or (3) file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41. (*Id*. at 5.)

After Plaintiff failed to timely respond to the November 20, 2025 Order, on December 29, 2025, the magistrate judge issued Findings and Recommendations to dismiss Plaintiff's Complaint for failure to prosecute and to comply with a Court order.  (Doc. 5.) The F&R

contained notice that objections to the F&R were to be filed within fourteen days of service. (*Id.* at 5-6.)  In addition, the Court informed Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*) (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file any objections and the time to do so has passed. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 29, 2025 (Doc. 5) are **ADOPTED** in full.

2. This action is dismissed without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 26, 2026**

UNITED STATES DISTRICT JUDGE

2